UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

BRENDA VARONA ARZATE,

Petitioner,

v.

JASON WOOSLEY,
Warden of the Grayson County Detention Center, *et al.*,

Respondents.

Civil Action No. 4:26-cv-623-CHB

**ORDER**

*** *** *** ***

Presently before the Court is Respondents' Notice of Release from Custody, [R. 17], certifying that Petitioner has been released from custody, as required by this Court's Order, [R. 16]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket. A separate judgment shall follow.

This the 9th day of October, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY